UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD AJANI,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 18-cv-02226-SI<br><br>**JUDGMENT** |

Plaintiff's motion for summary judgment was granted, defendant's cross-motion for summary judgment was denied, and this action was remanded to the Commissioner for immediate payment of benefits. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 14, 2019

_____
SUSAN ILLSTON
United States District Judge